UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Douglas Martin Korn, | ) | Case No. | CV 12-05243-VBF |
| Petitioner, | ) | Case No. | CR 08-00385-VBF |
| v. | ) | | |
| United States of America, | ) | | |
| Respondent. | ) | | |

**JUDGMENT**

Pursuant to this Court's March 20, 2013 Order Denying Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

The Clerk is ordered to enter this final Judgment.

Dated: March 20, 2013

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE